

# RAVEN & KOLBE, LLP
## ATTORNEYS AT LAW

126 EAST 56TH STREET
SUITE 202
NEW YORK, NEW YORK 10022

Telephone: (212) 759-7466
Facsimile: (212) 759-0166
www.ravenkolbe.com

March 18, 2025

JOINT LETTER

Via ECF
District Judge Hon. Jennifer L. Rochon
United States District Court
Southern District
500 Pearl Street
New York, New York 10007-1312

> The request is GRANTED. The initial pretrial conference is adjourned to **April 1, 2025 at 10:30 a.m.**
>
> Date:   March 19, 2025
>         New York, New York
>
> SO ORDERED.
>
> _____
> **JENNIFER L. ROCHON**
> **United States District Judge**

Re:   Juan Romero v. Western Express Inc. and Michael C. Purnell
      United States District Court, Southern District, Case No.: 1:25-cv-01410-JLR
      Date of Initial Pre-Trial Conference: March 25, 2025 @ 12:00 noon
      Our File No.: 861-151-01

Dear Hon. Judge Rochon:

      This joint letter is being submitted on behalf of all parties in the above action. As you may know, there is an initial conference on for March 25, 2025 at 12pm. Mr. Keith Raven has a scheduling conflict as he must also appear in a Final Pre-Trial Settlement Conference with clients having to participate in a State Court matter involving wrongful death at 11:30am with multiple parties and will therefore not be able to attend the initial conference at 12pm. In addition, the trial date is April 28, 2025.

      Therefore, it is with the consent of all parties that we request this conference be adjourned to either March 28, 2025 or a date thereafter that the Court deems appropriate. This is the first application seeking an adjournment of the initial conference.

      We thank Your Honor for her consideration in this matter.

Very truly yours,

RAVEN & KOLBE, LLP

KAR/man                                             Keith A. Raven

Cc:

**THE SCHER LAW FIRM, LLP**
Austin R. Graff, Esq.
Attorneys for Plaintiff
JUAN ROMERO
600 Old Country Road, Suite 440
Garden City, New York 11530
Tel.: (516) 746-5040
agraff@scherlawfirm.com

**GFELLER LAURIE LLP**
Adam R. Dolan, Esq.
Attorneys for Defendant
MICHAEL C. PURNELL
977 Farmington Avenue, Suite 200
West Hartford, Connecticut 06107 and
120 White Plains Road, Suite 420
Tarrytown, New York 10591
Tel. (239) 989-2215
adolan@gllawgroup.com