UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUAN ROMERO,

                    Plaintiff,

          -against-

WESTERN EXPRESS, INC. and MICHAEL
C. PURNELL,

                    Defendants.

No. 1:25-cv-01410 (JLR)

**ORDER OF DISMISSAL**

JENNIFER L. ROCHON, United States District Judge:

The Court having been advised at Dkt. 17 that all claims asserted herein have been settled in principle, it is ORDERED that the above-entitled action be and is hereby DISMISSED and discontinued without costs, and without prejudice to the right to reopen the action **within ninety (90) days** of this Order if the settlement is not consummated.

To be clear, any application to reopen **must** be filed **by September 23, 2025**; any application to reopen filed thereafter may be denied solely on that basis.

If the parties wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they **must** submit the settlement agreement to the Court by the deadline to reopen to be "so ordered" by the Court. Per Paragraph 4(C) of the Court's Individual Rules and Practices for Civil Cases, unless the Court orders otherwise, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record.

Any pending motions are moot. All conferences, **including the post-discovery conference scheduled for October 14, 2025** are cancelled. All future discovery deadlines are adjourned without date. The Clerk of Court is directed to CLOSE the case.

Dated:  June 25, 2025
        New York, New York

                                        SO ORDERED.

                                        _____
                                        JENNIFER L. ROCHON
                                        United States District Judge